IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DAVID PABLO-RODAS,

        Plaintiff,

        v.

R. OWENS, et al.,

        Defendants.

Case No. 2:24-cv-00611-AR

**ORDER TO DISMISS**

**SIMON, Judge.**

      Plaintiff David Pablo-Rodas, an adult in custody at the Two Rivers Correctional Institution, brings this 42 U.S.C. § 1983 civil rights action as a self-represented litigant. On June 7, 2024, Magistrate Judge Jeff Armistead issued an Order to Amend (ECF No. 8) in which he advised Pablo-Rodas of the substantive deficiencies of his original Complaint and ordered Pablo-Rodas to file an Amended Complaint curing those deficiencies. Currently before the Court is Pablo-Rodas's Amended Complaint (ECF No. 9).

      Pablo-Rodas's Amended Complaint does not cure the deficiencies noted in Judge Armistead's Order to Amend. Specifically, Pablo-Rodas does not allege person involvement by any of the named defendants in the actions described in the Amended Complaint, and he does not allege facts demonstrating that an identified medical official was deliberately indifferent to his serious medical need. Accordingly, Pablo-Rodas does not state a claim upon which relief may be granted and his Amended Complaint must be dismissed under 28 U.S.C. §§ 1915(e)(2) and 1915A(b).

1 – ORDER TO DISMISS

## CONCLUSION

For these reasons, IT IS ORDERED that the Amended Complaint is DISMISSED.

DATED: October 31, 2024

_____
Michael H. Simon
United States District Judge

2 – ORDER TO DISMISS